December 29, 1980.

429 A.2d 763

Commonwealth v. Boyer, Appellant.

Submitted March 21, 1980.   Robert A. Longo, for appellant;  Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

429 A.2d 764

Commonwealth v. Harrison, Appellant.

Submitted April 16, 1980. David A. Murdoch, for appellant;  David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.